1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 88666)
2  glafayette@lkclaw.com
   REBECCA K. KIMURA (State Bar No. 220420)
3  rkimura@lkclaw.com
   100 Spear Street, Suite 600
4  San Francisco, California 94105
   Telephone:   (415) 357-4600
5  Facsimile:    (415) 357-4605

6  Attorneys for Defendant
   JOHNSON & JOHNSON

7



IT IS SO ORDERED

Judge James Ware

9/15/2010

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DAQING (JACKIE) ZHANG,                    Case No. CV10-1717 JW-PVT

12            Plaintiff,
                                             STIPULATION AND ORDER
13  vs.                                      REGARDING AMENDMENT TO
                                             COMPLAINT TO ADD JOHNSON &
14  JOHNSON & JOHNSON, INC. and DOES         JOHNSON INTERNATIONAL AS
    I-X,                                     DEFENDANT
15
              Defendants.
16

17       WHEREAS, plaintiff, Daqing (Jackie) Zhang, seeks leave to file an amended complaint

18  adding Johnson & Johnson International as a defendant, and has sought the consent of defendant,

19  Johnson & Johnson;

20       IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and

21  through their attorneys of record herein, that, within ten days of the entry of this Stipulation and

22  Order by the Court, plaintiff may file an amended complaint limited to adding Johnson &

23  Johnson International as a defendant. This Stipulation and Order is without waiver of or

24  prejudice to defendant's position with respect to whether either Johnson & Johnson or Johnson &

25  Johnson International is a proper defendant, or with respect to any other issues.

26

27

28                                                                                            1

STIPULATION REGARDING AMENDMENT TO COMPLAINT TO ADD JOHNSON &
JOHNSON INTERNATIONAL AS DEFENDANT
Case No. CV10-1717 JW-PVT

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**IT IS SO ORDERED.**

1  The Plaintiff shall file her Amended Complaint as a separate docket entry within ten
2  days of the entry of this order.

3  Dated: September 15, 2010

4                                                          _James Ware_____
                                                            United States District Judge
5

6  STIPULATED AND AGREED:

7

8  Dated: September 10, 2010            LAFAYETTE & KUMAGAI LLP

9

10

11                                       GARY T. LAFAYETTE
                                         Attorneys for Defendant
                                         JOHNSON & JOHNSON
12

13  Dated: September 8 2010              DICKSON LEVY VINICK BURRELL
                                             HYAMS LLP
14

15

16                                       SHARON VINICK
                                         Attorneys for Plaintiff
17                                       DAQING (JACKIE) ZHANG

    John\Zhang\Pldg\Stip to add defendant.doc
18

19

20

21

22

23

24

25

26

27
                                                                                    2
28

STIPULATION REGARDING AMENDMENT TO COMPLAINT TO ADD JOHNSON &
JOHNSON INTERNATIONAL AS DEFENDANT
Case No. CV10-1717 JW-PVT

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605