LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
CHARLIE Y. CHOU (State Bar No. 248369)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
JOHNSON & JOHNSON and JOHNSON & JOHNSON INTERNATIONAL

DICKSON LEVY VINICK BURRELL HYAMS LLP
KATHRYN BURKETT DICKSON (State Bar No. 070636)
SHARON R. VINICK (State Bar No. 129914)
180 Grand Avenue, Suite 1300
Oakland, California 94612
Telephone:   (510) 318-7700
Facsimile:   (510) 318-7701

Attorneys for Plaintiff
DAQING (JACKIE) ZHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAQING (JACKIE) ZHANG,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, INC.; JOHNSON & JOHNSON INTERNATIONAL; and DOES I-X,<br><br>    Defendants. | Case No. CV10-1717 JW-PSG<br><br>**STIPULATION AND ORDER REGARDING AN EXTENSION TO THE PARTIES' MEDIATION DEADLINE** |

1   Pursuant to ADR Local Rule 6-5, Defendants Johnson & Johnson and Johnson & Johnson

2   International (collectively "Defendants") and Plaintiff Daqing (Jackie) Zhang ("Plaintiff") file

3   this stipulation requesting an extension of the parties' mediation deadline.

4   WHEREAS, on October 18, 2010, Defendants and Plaintiff filed a Stipulation and

5   [Proposed] Order Selecting ADR Process wherein the parties elected to hold a private mediation

6   within 90 days from the date of the order referring the case to an ADR process.  See Dkt. No. 10.

7   WHEREAS, on October 19, 2010, the Court granted Defendants and Plaintiff's

8   Stipulation and [Proposed] Order Selecting ADR Process thereby designating January 20, 2011

9   as the last day for the parties to hold their mediation.  See Dkt. No. 19.

10  WHEREAS, on December 2, 2010, Defendants notified Plaintiff that due to scheduling

11  conflicts and the upcoming holidays that Defendants were unable to commence mediation until

12  March 22, 2011.

13  WHEREAS, on December 7, 2010, Plaintiff agreed to extend the mediation deadline to

14  March 22, 2011.

15  WHEREAS, on December 8, 2010, Defendants and Plaintiff confirmed their intention to

16  hold the mediation on March 22, 2011 with their pre-selected private mediator.

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their attorneys of record herein, that the deadline to hold private mediation will be extended from January 20, 2011 to March 31, 2011.

IT IS SO ORDERED.

Dated: ___December 21___, 2010

*James Ware*

HONORABLE JUDGE JAMES WARE
UNITED STATES DISTRICT COURT

STIPULATED AND AGREED:

Dated: December 20, 2010        LAFAYETTE & KUMAGAI LLP

*Charlie J. Chou*

CHARLIE Y. CHOU
Attorneys for Defendants
JOHNSON & JOHNSON and JOHNSON & JOHNSON INTERNATIONAL

Dated: December 20, 2010        DICKSON LEVY VINICK BURRELL HYAMS LLP


_____/s/__Kathryn Burkett Dickson_____
KATHRYN BURKETT DICKSON
Attorneys for Plaintiff
DAQING (JACKIE) ZHANG


**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on December 20, 2010, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

_____/s/ Charlie Y. Chou_____