UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAQING (JACKIE) ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON INC.,<br><br>    Defendant. | Case No.: C 10-1717 JW (PSG)<br><br>**ORDER RE PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

On November 1, 2010, Magistrate Judge Patricia V. Trumbull issued an order directing Plaintiff to file a brief stating whether or not Plaintiff objects to Defendants' proposed modification to Paragraph 7.2 of the model form of order and/or Defendants' proposed addition of Paragraph 7.3 of the model form of protective order. On November 4, 2010 Plaintiff filed a brief stating she has no objection. On December 6, 2010, this case was reassigned to the undersigned for all discovery purposes. Based on the file herein,

IT IS HEREBY ORDERED that, no later than March 15, 2011, Defendant shall file a revised form of protective order with the proposed modification to Paragraph 7.2 and the proposed addition of Paragraph 7.3.

IT IS FURTHER ORDERED that, pending entry of the final form of order, the model form of order with the modifications approved herein shall govern the handling of confidential information in this action.

Dated: *2/28/11*

                                                PAUL S. GREWAL
                                                United States Magistrate Judge

ORDER, *page 1*