1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 88666)
2  REBECCA K,. KIMURA (State Bar No. 220420)
   100 Spear Street, Suite 600
3  San Francisco, California 94105
   Telephone:  (415) 357-4600
4  Facsimile:  (415) 357-4605

5  Attorneys for Defendants
   JOHNSON & JOHNSON and JOHNSON & JOHNSON
6  INTERNATIONAL

7  DICKSON LEVY VINICK BURRELL HYAMS LLP
   KATHRYN BURKETT DICKSON (State Bar No. 070636)
8  SHARON R. VINICK (State Bar No. 129914)
   180 Grand Avenue, Suite 1300
9  Oakland, California 94612
10 Telephone:  (510) 318-7700
   Facsimile:  (510) 318-7701
11
   Attorneys for Plaintiff
12 DAQUING (JACKIE) ZHANG

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15

16 DAQING (JACKIE) ZHANG,                    Case No. CV10-1717 JW-PSG

17              Plaintiff,
                                             **JOINT STIPULATION AND
18 vs.                                       [PROPOSED] ORDER CONTINUING
                                             HEARING DATE AND BRIEFING
19 JOHNSON & JOHNSON, INC. and DOES          SCHEDULE ON PLAINTIFF'S
   I-X,                                      MOTION TO COMPEL
20                                           DEPOSITIONS**
              Defendants.
21

22
         Plaintiff Daqing (Jackie) Zhang ("Plaintiff") and Defendant Johnson & Johnson and
23
   Johnson & Johnson, International ("Defendants") (collectively referred to as the "Parties")
24
   through their respective counsel stipulate as follows:
25
         WHEREAS, on February 24, 2011, Plaintiff filed her Motion to Compel Depositions, and
26
   noticed the hearing date for April 5, 2011;
27
         WHEREAS, Defendants are not available for a hearing on April 5, 2011;
28

                                                                                              1

WHEREAS, the Parties have agreed to move the hearing date on Plaintiff's Motion to Compel Depositions to April 19, 2011, with the briefing schedule to comply with the new hearing date;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES:

The hearing on Plaintiff's Motion to Compel Depositions shall be continued to April 19, 2011 at 10:00 a.m. The briefing schedule is to comply with the new hearing date.

Dated: March 9, 2011　　　　　LAFAYETTE & KUMAGAI LLP

_____
REBECCA K. KIMURA
Attorneys for Defendants JOHNSON & JOHNSON
and JOHNSON & JOHNSON, INTERNATIONAL

Dated: March 9, 2011　　　　　DICKSON LEVY VINICK BURRELL HYAMS LLP

_____
SHARON VINICK
Attorneys for Plaintiff
DAQING (JACKIE) ZHANG

IT IS SO ORDERED.

Dated: March 11, 2011　　　　　_____
HONORABLE PAUL S. GREWAL
U.S. DISTRICT COURT MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS
(Case No. CV10-1717 JW-PSG)

2