UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAQING (JACKIE) ZHANG., <br><br>        Plaintiff, <br><br>  v. <br><br>JOHNSON & JOHNSON, INC., et al., <br><br>        Defendants. | Case No.: CV 10-01717 JW (PSG) <br><br>**ORDER TAKING MATTER OFF CALENDAR** <br><br>**(Re: Docket No. 51)** |

The court has been notified that the parties have tentatively reached a settlement and that compliance with the terms of the settlement should be completed within thirty days. A motion to compel is currently scheduled to be heard on April 19, 2011. Accordingly,

IT IS HEREBY ORDERED that the April 19, 2011 hearing is taken off calendar. In the event that a settlement is not finalized withing 30 days, the moving party will need to re-notice the motion immediately.

Dated: March 30, 2011

                                          PAUL S. GREWAL <br>
                                          United States Magistrate Judge

ORDER