KATHRYN BURKETT DICKSON (State Bar No. 70636)
SHARON R. VINICK (State Bar No. 129914)
DICKSON LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, California 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701
E-mail: kathy@dicksonlevy.com
        sharon@dicksonlevy.com

Attorneys for Plaintiff
DAQING (JACKIE) ZHANG

GARY T. LAFAYETTE (State Bar No. 88666)
REBECCA K. KIMURA (State Bar No. 220420)
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
E-mail: glafayette@lkclaw.com
        rkimura@lkclaw.com

Attorneys for Defendants
JOHNSON & JOHNSON and
JOHNSON & JOHNSON INTERNATIONAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| DAQING (JACKIE) ZHANG, | Case No.: CV10-1717 JW-PSG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| JOHNSON & JOHNSON, INC; JOHNSON & JOHNSON INTERNATIONAL; and DOES I-X, | |
| Defendants. | |

Stipulation and [Proposed] Order Re: Dismissal
Case No. CV10-1717 JW-PSG  - 1

1 | Having reached a confidential settlement agreement,
2 | Plaintiff Daqing (Jackie) Zhang and Defendants Johnson & Johnson
3 | (sued as Johnson & Johnson, Inc.) and Johnson & Johnson
4 | International, acting through their respective counsel of
5 | record, hereby stipulate that this action be dismissed with
6 | prejudice.
7 |
8 | Dated: March 24, 2011    KATHRYN BURKETT DICKSON
                             SHARON R. VINICK
9 |                          DICKSON LEVY VINICK BURRELL HYAMS LLP
10 |
11 |                          By: _____
12 |                          Sharon R. Vinick
                             Attorney for Plaintiff
13 |                          Daqing (Jackie) Zhang
14 |
15 |
16 | Dated: ~~March~~ April 8, 2011    GARY T. LAFAYETTE
                                       REBECCA K. KIMURA
17 |                                    LAFAYETTE & KUMAGAI LLP
18 |
19 |                          By: /s/ Rebecca K. Kimura
20 |                          Rebecca K. Kimura
                             Attorney for Defendants
21 |                          Johnson & Johnson and Johnson &
                             Johnson International
22 |
23 |
24 | IT IS SO ORDERED.
25 | The Court terminates any remaining pending motions, deadlines and hearings. The Clerk shall close this file.
26 | _____          DATED: April 12, 2011
27 | Hon. James Ware
    United States District Chief Judge
28 |

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on April 8, 2011, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                          /s/ Rebecca K. Kimura
                                                         REBECCA K. KIMURA